**ROBERT ABBOTT**, TREAS-
URER OF THE TERRITORY, *versus*
**CHARLES C. P. HUNT.**

JOURNAL ENTRIES (1827–30): *Journal 4:* (1) Rule
to join in error *p. 130; (2) judgment reversed
*p. 410.
PAPERS IN FILE: (1) Affidavit and petition for
certiorari, allocatur; (2) writ of certiorari, copy
of affidavit, return; (3) assignment of errors;
(4) joinder in error.
*1824–36 Calendar*, MS p. 129.